**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0131-WJM-KMT

DARWIN NATIONAL ASSURANCE COMPANY,

    Plaintiff,

v.

BENDINELLI LAW OFFICE, P .C.,
RICHARD DONADIO,
KEVIN TAPP, and
SHEILA WINDHORST

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
WINDHORST'S COUNTERCLAIM**

---

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss Windhorst's Counterclaim Without Prejudice (ECF No. 42) filed May 2, 2013. The Court having reviewed the Motion and being fully advised hereby ORDERS:

The Plaintiff's Unopposed Motion is GRANTED. Defendant Sheila Windhorst's Counterclaim is DISMISSED WITHOUT PREJUDICE. Each affected party shall pay its or her own attorney's fees and costs.

Dated this 2nd day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge