**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0131-WJM-KMT

DARWIN NATIONAL ASSURANCE COMPANY,

    Plaintiff,

v.

BENDINELLI LAW OFFICE, P.C.,
RICHARD DONADIO,
KEVIN TAPP, and
SHEILA WINDHORST

    Defendants.
_____

SHEILA WINDHORST,

    Cross-Claim Plaintiff,

v.

BENDINELLI LAW OFFICE, P.C. and
MARC BENDINELLI, Personally,

    Cross-Claim Defendant.

---

**ORDER GRANTING MOTION TO SEVER AND STAY COUNTER-CLAIMS
BROUGHT BY SHEILA WINDHORST**

---

    Before the Court is the Amended Joint Motion to Sever and Stay all Claims and Allegations of Cross-Claim Plaintiff Sheila Windhorst pending resolution of the Darwin Assurance Company Declaratory Judgment Action ("Motion"). (ECF No. 48.) The Court notes that the Motion is unopposed. (*Id.*) The Court has reviewed the Motion and finds that severance would best serve the interests of justice. *See* Fed. R. Civ. P. 21

(court may sever any claim against a party).

Accordingly, the Court ORDERS as follows:

1. The Amended Joint Motion to Sever and Stay all Claims and Allegations of Cross-Claim Plaintiff Sheila Windhorst pending resolution of the Darwin Assurance Company Declaratory Judgment Action (ECF No. 48) is GRANTED;

2. All claims of Cross-claim Plaintiff Sheila Windhorst are SEVERED from the Darwin Assurance Company Declaratory Judgment Action;

3. All Cross-claims brought by Sheila Windhorst are STAYED pending resolution of the Darwin Assurance Company Declaratory Judgment Action;

4. Nothing in this Order affects the parties' ability to mediate or arbitrate the cross-claims while the Darwin Assurance Company Declaratory Judgment Action is pending.

Dated this 15th day of May, 2013.

BY THE COURT:

William J. Martinez
United States District Judge