IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00131–WJM–KMT

DARWIN NATIONAL ASSURANCE COMPANY,

    Plaintiff,

v.

BENDINELLI LAW OFFICE, P.C.,
RICHARD DONADIO,
KEVIN TAPP, and
SHEILA WINDHORST,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Defendant and Counterclaimant Bendinelli Law Office, P.C.'s "Motion to Amend Counterclaims" (Doc. No. 61, filed August 12, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk shall file the "Amended Counterclaims" (Doc. No. 61-2).

Dated: September 16, 2013