**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0131-WJM-KMT

DARWIN NATIONAL ASSURANCE COMPANY,

    Plaintiff,
v.

BENDINELLI LAW OFFICE, P.C.,
RICHARD DONADIO,
KEVIN TAPP, and
SHEILA WINDHORST,

    Defendants.

v.

DARWIN NATIONAL ASSURANCE COMPANY, and
ALLIED WORLD ASSURANCE COMPANY,

    Counterclaim Defendants

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed October 15, 2013 (ECF No. 66). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 15th day of October, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge